FILED

APR 1 6 2003

LEONARD GREEN, Clerk

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No. 01-1619

JAMES POUILLON,
    Plaintiff - Appellee,

v.

SHARON LITTLE and W. G. BLANCHETT,
    Defendants - Appellants.

Before: BOGGS, SILER, and GIBBONS, Circuit Judges.

## JUDGMENT

On Appeal from the United States District Court
for the Eastern District of Michigan at Detroit.

THIS CAUSE was heard on the record from the district court and was argued by counsel.

IN CONSIDERATION WHEREOF, it is ORDERED that the judgment of the district court is REVERSED and the case is REMANDED for further proceedings consistent with the opinion of this court.

ENTERED BY ORDER OF THE COURT

Leonard Green, Clerk