UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES POUILLON,

        Plaintiff

vs.

        Case No. 97-70413
        Honorable Anna Diggs Taylor

SHARON LITTLE, and
W.G. BLANCHETT,

        Defendants,
_____/

**ORDER**

The Defendants appealed this Court's Order Granting Plaintiff's Motion For Attorney's Fees, and Denying their Motion for Costs. The Court being otherwise fully advised in the premises, now, therefore;

IT IS ORDERED that this Court's prior Order Granting Plaintiff's Motion For Attorney's Fees and Denying Defendants' Motion for Costs is VACATED. IT IS FURTHER ORDERED that the Defendants are to file a motion requesting costs within 30 days of having received this Order.

IT IS SO ORDERED.

        ANNA DIGGS TAYLOR
        UNITED STATES DISTRICT JUDGE

Dated: MAY 1 2003

Pursuant To FRCP,
Copies Have Been Mailed To:
J. Kevin McKay
Jason D. Kolkema
Michael Gildner
By: _____